Name: Kin Wah Kung
Address: 4411 Elaiso Common
Fremont, CA 94536-5626
Phone Number: 415-637-8146
E-mail Address: garykung@prodigy.net

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kin Wah Kung<br><br>                    Plaintiff,<br><br>vs.<br><br>Citibank, National Association<br><br>                    Defendant. | Case Number: _____<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: July 25, 2016.                    _____

United States District/Magistrate Judge