IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAH KUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, NATIONAL ASSOCIATION,<br><br>    Defendant.<br>———————————————————/ | No. C 16-03814 WHA<br><br><br>**REQUEST FOR RESPONSE RE AMENDED COMPLAINT** |

    In lieu of a response to defendant's pending motion to dismiss, plaintiff filed an amended complaint. By **AUGUST 8, 2016, AT NOON**, defendant shall please state whether the motion to dismiss should be denied as moot without prejudice to a renewed motion directed at the amended pleading or if it would prefer to continue with the present motion and address the amendments in the reply. In either case, a new briefing schedule and hearing date will be set.

    **IT IS SO ORDERED.**

Dated: August 4, 2016.

                                        WILLIAM ALSUP<br>
                                        UNITED STATES DISTRICT JUDGE