IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN WAH KUNG,

      Plaintiff,

  v.

CITIBANK, NATIONAL ASSOCIATION,

      Defendant.

No. C 16-03814 WHA

**ORDER REGARDING SECOND AMENDED COMPLAINT**

Rather than opposing defendant's motion to dismiss the amended complaint, plaintiff filed a proposed second amended complaint without the consent of defendant and without seeking leave of the Court. Because plaintiff had already filed an amended complaint, plaintiff needed to obtain the consent of the opposing party or seek leave from the Court before filing a second amended complaint. Fed. R. Civ. P. 15(a)(2). He did not. The second amended complaint is therefore unauthorized. The first amended complaint remains the operative complaint.

Plaintiff did not file a response to defendant's pending motion to dismiss as he assumed that his proposed second amended complaint rendered the motion moot (it did not). Plaintiff shall have until **SEPTEMBER 6, 2016**, to respond to defendant's pending motion to dismiss. To the extent that the proposed second amended complaint cures the deficiencies identified by the motion to dismiss, plaintiff shall so state in his opposition. This order requests that defendant file a supplemental brief by **SEPTEMBER 13, 2016**, to address whether the proposed second amended complaint cures the deficiencies ascribed to the first amended complaint.

Pro se plaintiff is advised that he may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, plaintiff will be able to speak with an attorney who may be able to provide basic legal help, but not representation.  More information is available online at:  http://cand.uscourts.gov/helpcentersf.  Plaintiff may also wish to obtain a copy of the district court's Handbook for Litigants Without a Lawyer.  It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated:  August 31, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2