**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   KIN WAH KUNG,                                        No. C 16-03814 WHA

11          Plaintiff,

12      v.                                                **ORDER CONTINUING
                                                          HEARING ON MOTION TO
13   CITIBANK, NATIONAL ASSOCIATION,                      DISMISS AND CASE
                                                          MANAGEMENT CONFERENCE**
14          Defendant.

15   _____/

16          The hearing on the pending motion to dismiss and the case management conference in

17   this matter are hereby **CONTINUED TO SEPTEMBER 29, 2016, AT 8:00 A.M.**  A joint case

18   management statement is due September 22, 2016.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  August 31, 2016.

23                                                        WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28