IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAH KUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, NATIONAL ASSOCIATION,<br><br>    Defendant.<br>———————————————————— / | No. C 16-03814 WHA<br><br>**REQUEST REGARDING HEARING ON MOTION TO DISMISS** |

    The parties are requested to bring a copy of the monthly statement that provided notice of the increased APR to tomorrow's hearing.

    The parties should be prepared to discuss plaintiff's standing to assert a claim given that his second amended complaint alleges that a review "revealed that none of Plaintiff's outstanding balance is subject to the Penalty APR" (SAC ¶ 20).

**IT IS SO ORDERED.**

Dated: September 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE