IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN WAH KUNG,

    Plaintiff,

  v.

CITIBANK, NATIONAL ASSOCIATION,

    Defendant.

 /

No. C 16-03814 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting the motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. **THE CLERK SHALL PLEASE CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE