Name: Kin Wah Kung
Address: 4411 Elaiso Common
City, State, Zip: Fremont, CA 94536-5626
Phone: 415-637-8146
Fax:
E-Mail: garykung@prodigy.net

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kin Wah Kung

PLAINTIFF(S),

v.

Citibank, National Association

DEFENDANT(S).

CASE NUMBER: C 16-03814 WHA

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Kin Wah Kung_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

*Name of Appellant*

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Order Granting Motion to Dismiss

☒ Judgment (specify): Judgment Dismissing Case

☐ Other (specify):

Imposed or Filed on _October 3, 2016_. Entered on the docket in this action on _October 3, 2016_.

A copy of said judgment or order is attached hereto.

October 3, 2016
Date

/s/ Kin Wah Kung
Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                NOTICE OF APPEAL